AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**ELISE A. CREECH,**

      **Plaintiff,**

v.                                    **JUDGMENT IN A CIVIL CASE**

**MICHAEL J. ASTRUE,**          **CASE NO.  2:12-CV-0591**
**COMMISSIONER OF**            **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**             **MAGISTRATE JUDGE E. A. PRESTON DEAVERS**

      **Defendant.**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed September 13, 2013, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence Four of 42 U.S.C. § 405(g),  for further proceedings.**

Date: September 13, 2013                         JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk